# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MAUA TEOFILO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>H.B. ANGLEA, Warden,<br><br>　　　　Respondent. | Case No. CV 19-8075-VBF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has reviewed de novo those portions of the Report and Recommendation to which Petitioner has objected. Petitioner's Objections are overruled, and the Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the First Amended Petition is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: April 4, 2022

/s/ Valerie Baker Fairbank
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE