JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MAUA TEOFILO,<br><br>                    Petitioner,<br><br>          v.<br><br>H.B. ANGLEA, Warden,<br><br>                    Respondent. | Case No. CV 19-8075-VBF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 4, 2022

                              /s/ Valerie Baker Fairbank
                              VALERIE BAKER FAIRBANK
                              UNITED STATES DISTRICT JUDGE